UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANDREA M. MILLER, | ) | NO. SACV 08-257-CT |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security, | )<br>)<br>) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ADJUDGED that this matter is **REMANDED** pursuant to sentence four of 42 U.S.C. §405(g) to defendant Commissioner of Social Security for further administrative action consistent with the opinion and order filed concurrently with this judgment.

DATED: August 26, 2008

_____
CAROLYN TURCHIN
UNITED STATES MAGISTRATE JUDGE